**FILED**
August 28, 2015
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> ALYSSA BRULEZ, ) <br> ) <br> Defendant. ) | CASE NUMBER: 2:15-mj-00171-EFB <br><br> ORDER FOR RELEASE <br> OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Alyssa Brulez</u>; Case <u>2:15-mj-00171-EFB</u> from custody and for the following reasons:

    __    Release on Personal Recognizance

    __    Bail Posted in the Sum of _____

    _X_    Unsecured Appearance Bond in the amount of <u>$100,000.00</u>; co-signed by Emelie Brulez

    __    Appearance Bond with 10% Deposit

    __    Appearance Bond secured by Real Property

    __    Corporate Surety Bail Bond

    _X_    (Other) <u>Pretrial Supervision/Conditions;</u>

Issued at <u>Sacramento, CA</u> on <u>8/28/2015</u> at 2:40 pm.

By /s/ Kendall J. Newman
Kendall J. Newman
United States Magistrate Judge